PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Musheer Harris                     Cr.: 06-000765-001
                                                      PACTS #: 35079

Name of Sentencing Judicial Officer: Honorable Katherine S. Hayden

Date of Original Sentence: 5/31/07 (Sentenced for violation of supervised release on 10/14/10)

Original Offense: RICO

Original Sentence: Time served, 5 years supervised release (Sentenced on violation to 1 day Imprisonment, 2 years supervised release)

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/14/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Harris tested positive for THC on June 20, 2012. |

U.S. Probation Officer Action:
Offender's behavior to be monitored closely. Urine testing to increase to weekly. This signed document will serve as an official letter of reprimand.

Respectfully submitted,
By: Nancy Hildner
Senior U.S. Probation Officer
Date: 7/11/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other

Signature of Judicial Officer

July 16, 2012
Date