# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Musheer Harris  
**Docket Number:** 06-00765-001  
**PACTS Number:** 35079

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN  
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/14/2010

**Original Offense:** RICO - RACKETEERING

**Original Sentence:** 5 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 5/31/07

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Candace Hom, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

## PETITIONING THE COURT

[ ] To issue a warrant  
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' <br><br> On December 10, 2011, Harris was arrested and charged by the Woodbridge, N.J. Police Department with: 1) Possession of Marijuana, and 2) Possession of drug paraphernalia.. |
| 2 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' <br><br> On August 29, 2012, Harris was arrested and charged by the Bayonne, N.J. Police Department with: 1) Distribution of Marijuana, 2) Possession of CDS on school property, 3) Distribution of CDS within 500 feet of public housing, and 4) Conspiracy to distribute marijuana.. |
| 3 | The offender has violated the mandatory supervision condition which states '**Unlawful substance use**' |

Harris tested positive for marijuana on June 20, 2012, July 11, 2012 and August 2, 2012..

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner *Nancy Hildner/js*
Senior U.S. Probation Officer
Date:

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 10/10/12 at 11:00 a.m.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/2/12
Date